■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CURTIS E. RALANDS, Appellant. [725 NYS2d 242] —Judgment unanimously affirmed. Memorandum: County Court properly admitted the hearsay statements of the shooting victim under the excited utterance exception to the hearsay rule (*see, People v Cotto,* 92 NY2d 68, 78-79; *People v Brown,* 70 NY2d 513, 519-520). We reject defendant's contention that the court erred in admitting an allegedly excessive number of photographs of the victim's wounds and the crime scene (*see, People v Brown,* 254 AD2d 781, 782, *lv denied* 92 NY2d 1029). The verdict is not against the weight of the evidence (*see, People v Bleakley,* 69 NY2d 490, 495), and the sentence is not unduly harsh or severe. (Appeal from Judgment of Niagara County Court, Broderick, J.—Attempted Murder, 2nd Degree.) Present—Green, J. P., Hayes, Scudder, Burns and Lawton, JJ.